# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN PETRIL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHEYNEY UNIVERSITY OF | : | NO. 10-6777 |
| PENNSYLVANIA | : | |

## ORDER RE: MOTION TO DISMISS

AND NOW, on this 29th day of April, 2011, upon careful consideration of Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 8), and Plaintiff's response thereto (ECF No. 11), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-6727 Petril v. Cheyney\Petril MTD order.wpd